IN THE DISTRICT COURT OF THE **Third**
JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE
COUNTY OF **Canyon**.

STATE OF IDAHO )
**Cameron Morris**, )  Case No. **14-18-24834 / 14-19-7562**
Plaintiff, )  PETITION FOR
vs. )  POST-CONVICTION RELIEF
**Canyon County**, )
Defendant. )

The petitioner alleges:

1. Place of detention if in custody: **Canyon County Sheriffs Office**

2. Name and location of court that imposed judgment/sentence:

    **Canyon County Courts / Judge Lee**

3. The case number and the offense or offenses for which sentence was imposed:

    (a) Case Number. **14-18-24834 / 14-19-7562**

    (b) Offense Convicted. **NCO / RNO / MIP**

4. The date on which sentence was imposed and the terms of sentence:

    (a) Date of sentence. **4-29**

    (b) Terms of sentence.

    **altogether 560 something Days if not more**

5. A finding of guilty was made after a plea of ☐ guilty or ☐ not guilty. ~~guilty~~ **Alford**

6. Did you appeal the judgment of conviction or the imposition of sentence? ☒ Yes ☐ No

7. State concisely all the grounds on which you base your application for post-conviction relief:
    (a) **6th Amendment**

    (b) **5th Amendment**

1

(c) 14th Amendment

(d) ID · 19-809

(e) ID · 3-201

lack of evidence

8. Prior to this motion have you filed with respect to this conviction:

(a) Any petitions in state or federal courts for habeas corpus? ☑Yes ☐No

(b) Any other petitions, motions or application in this or any other court? ☑Yes ☐No

(c) If you answered "yes" to (a) or (b) state with respect to each petition, motion or application the nature of each and the name and location of the court in which each was filed.

District court - Violation of Code and ~~~~ Constitutional Rights

9. If your application is based on the failure of counsel to adequately represent you, state concisely and in detail what counsel failed to do in representing your interests:
(a) @ preliminary hearing I asked my Public Defender Scott Rowley to bring up a witness to testify
(b) on my behalf ~~~~~~~~~~~~~~~~/

2

_as stated in IC: 19-809_
_and .3-201 he failed to do_
(c) _so creating a whole bunch_
_of other messes leading to_
_me being in custody longer than_
_Need be_

10. (a) Are you asking to proceed in forma pauperis, that is, requesting the proceeding to be at county expense? ☒Yes ☐No

(b) Are you requesting the appointment of counsel to represent you in this application? ☒Yes ☐No

(c) If your answer to either of the above questions was "yes" fill out an affidavit of indigency in the form required by the trial court.

11. State specifically the relief you seek. _Dismiss the cases in there entirety, and [scribbled out] cases steming from the violation of my Amendment or laws/statutes also any monetary [illegible] I'm entitled to_

12. This petition may be accompanied by affidavits in support of the petition.

_Cameron Morris_
Signature of Petitioner

STATE OF _Idaho_

COUNTY OF _Canyon_

I, _Cameron_, being duly sworn upon my oath, depose and say that I have subscribed to this petition; that I know the contents of it; and that the matters and allegations set forth are true.

_Cameron Morris_
Signature of Petitioner

SUBSCRIBED and SWORN to before me this _2nd_ day of _November_, 20_19_.

Notary Public For _____
Residing at _____

3